IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00492-WJM-KLM

TALLA M. MELENDEZ, an individual,
BROOKE MELENDEZ, a minor, by next friend Talla M. Melendez, and
DIANNA SWEET, an individual,

    Plaintiffs,

v.

DONALD F. CUSKELLY, an individual,

    Defendant.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion to Amend Complaint** [Docket No. 13; Filed April 10, 2013] (the "Motion"). Plaintiffs seek to amend the Complaint [#5] to add two additional defendants identified in the current Defendant's Answer [#11]. A Scheduling Conference has not yet been held in this matter. *See Order* [#9]. Pursuant to Fed. R. Civ. P. 15(a)(2), the Court should freely give leave to amend when justice so requires. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#13] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall accept Plaintiffs' Amended Complaint [#13-1] for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that Plaintiffs shall file proof of service on the newly-named Defendants **on or before May 13, 2013**.

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for April 22, 2013 at 9:30 a.m. is **VACATED** and **RESET** to **July 2, 2013 at 10:00 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **June 27, 2013**.

    Dated: April 12, 2013