IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00492-WJM-KLM

TALLA M. MELENDEZ, an individual,
BROOKE MELENDEZ, a minor, by next friend Talla M. Melendez, and
DIANNA SWEET, an individual,

    Plaintiffs,

v.

DONALD F. CUSKELLY, an individual,

    Defendant.

_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion to Amend the Final Pretrial Order to Add Greg Melendez and Robert Sweet as Nonexpert Witnesses Plaintiffs May Call** [#53] (the "Motion").  Pursuant to Fed. R. Civ. P. 16(e),

    IT IS HEREBY **ORDERED** that the Motion [#53] is **GRANTED**.  The Final Pretrial Order [#51] is amended to add Greg Melendez and Robert Sweet as witnesses that Plaintiff may call.

    Dated:  May 7, 2014