IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00492-WJM-KLM

TALLA M. MELENDEZ, an individual,
BROOKE MELENDEZ, a minor, by next friend Talla M. Melendez, and
DIANNA SWEET, an individual,

    Plaintiffs,

v.

DONALD F. CUSKELLY, an individual,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion to Amend Captions** [#62] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#62] is **GRANTED**. Plaintiffs' amended versions of Plaintiffs' Expert Witness Designation of Non-Retained Expert Testimony [#62-1], Plaintiffs' Initial Disclosure of Expert Testimony [#62-2], and Plaintiffs' First Supplemental Disclosure of Expert Testimony [#62-3] are accepted for filing, effective as of the original filing dates of these documents.

    **Please double-space all future pleadings** in accordance with D.C.COLO.LCivR 10.1(e).

    Dated:  October 2, 2014