**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 13-cv-0492-WJM-KLM

TALLA M. MELENDEZ,
BROOKE MELENDEZ, a minor next friend TALLA M. MENLENDEZ, and
DIANA SWEET,

    Plaintiff,

v.

DONALD F. CUSKELLY,

    Defendant.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO**
**AMEND THE FINAL PRETRIAL ORDER**

---

This matter is before the Court on the Plaintiff's Unopposed Motion to Amend the Final Pretrial Order, filed November 20, 2014 (ECF No. 72).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Plaintiff's Motion is GRANTED.  The Final Pretrial Order is AMEDED as follows:

Dr. Albert Colton, Dr. Paul Sullivan, Carol Dorsey, and Lydia Murphey shall be added as non-retained expert witnesses that may be called by the Plaintiffs.  It is FURTHER ORDERED that the Court re-designates Dr. Robert Fitzgibbons, Dr. Mindy Gehrs, Dr. Steven Reeb, and Dr. Kenna Venekamp as non-retained experts that may be called by Plaintiffs.

Dated this 21st day of November, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge