**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-0492-WJM-KLM

TALLA M. MELENDEZ,
BROOKE MELENDEZ, a minor next friend TALLA M. MELENDEZ, and
DIANA SWEET,

    Plaintiff,

v.

DONALD F. CUSKELLY,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION *IN LIMINE***

---

This matter is before the Court on the Parties' Stipulated Motion *in Limine* to Exclude Evidence of the FDA's Recent Actions Against Regenerative Sciences, filed November 20, 2014.  (ECF No. 73.)  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion *in Limine* is GRANTED.  Defendant is precluded from entering any evidence or mention of the FDA's recent actions with respect to Regenerative Sciences, specifically stem cell treatments employed by the Centeno-Schultz Clinic.

Dated this 3rd day of December, 2014.

BY THE COURT:

William J. Martinez
United States District Judge